UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULFIA KUNAKBAEVA,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No.: 26-cv-660-RSH-JLB<br><br>**ORDER REQUIRING RESPONSE TO PETITION AND SETTING BRIEFING SCHEDULE** |

　　　On February 2, 2026, Petitioner Zulfia Kunakbaeva filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Having reviewed the Petition, the Court concludes that summary dismissal is not warranted at this time. Accordingly, the Court sets the following briefing schedule:

//
//
//
//
//

1. Respondents shall file a return to the Petition by no later than **February 17, 2026**.

2. The Court will order further briefing and/or set a hearing as needed.

**IT IS SO ORDERED.**

Dated: February 4, 2026

*Robert S. Huie*
Hon. Robert S. Huie
United States District Judge