UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULFIA KUNAKBAEVA,<br><br>                                Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center, et al.,<br><br>                                Respondents. | Case No.:  26-cv-660-RSH-JLB<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING** |

Respondents' return filed on February 13, 2026, states that on January 28, 2026, an immigration judge ordered Petitioner removed from the United States. ECF No. 4 at 2. The return further states that Petitioner has reserved appeal, and that her appeal—if she chooses to file one—is due on February 27, 2026. Whether Petitioner chooses to appeal may bear on the issues raised in the Petition. Accordingly, the Court directs Respondents to file, no later than **March 6, 2026**, a supplemental brief addressing the status of any appeal of Petitioner's order of removal. In the event Petitioner has not appealed and has been removed from the United States, Respondents shall so advise.

**IT IS SO ORDERED.**

Dated: February 13, 2026

_Robert S. Huie_
Hon. Robert S. Huie
United States District Judge

1

26-cv-660-RSH-JLB